Name and address:
Michael R. Sohigian (SBN 155448)
LAW OFFICE OF MICHAEL R. SOHIGIAN
10940 Wilshire Boulevard
Eighteenth Floor
Los Angeles, California 90024
Telephone: (310) 914-2494
Telecopier: (310) 914-2484
E-mail: msohigian@mrslaw.net

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIANCE CAPITAL CORP.<br><br>v.                                              PLAINTIFF(S)<br><br>THE WATLEY GROUP, L.L.C., and A. JOHN A. BRYAN, JR.<br><br>DEFENDANT(S) | CASE NUMBER:<br>2:14-cv-08962-CAS (AGRx)<br><br>**REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL** |

### INSTRUCTIONS

Generally, an attorney may withdraw from representing a party in a case without the Court's permission if another member of the attorney's firm or agency will continue to represent that party **and** the withdrawing attorney is not the only member in good standing of the Bar of this Court representing that party. In that circumstance, the withdrawing attorney should complete and file a "Notice of Appearance or Withdrawal of Counsel" (Form G-123), instead of this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01).

Notably, however, Court permission for withdrawal or substitution is required if no member of the withdrawing attorney's firm or agency will remain as counsel of record. In such circumstances, the attorney(s) seeking to withdraw should complete and file this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01), and submit a proposed "Order on Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01 Order).

If the circumstances surrounding an attorney's withdrawal or request to substitute other counsel are not covered by this Form G-01, the attorney may instead file a regularly noticed motion supported by a more detailed memorandum of points and authorities.

### SECTION I - WITHDRAWING ATTORNEY

*Please complete the following information for the attorney seeking to withdraw (provide the information as it currently appears on the docket; if the attorney appeared pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: Gilda L. Kramer                                               CA Bar Number: _____

Firm or agency: Gilda L. Kramer & Associates, LLC

Address: 1528 Walnut Street, Suite 501, Philadelphia, PA 19102

Telephone Number: (215) 732-4055                    Fax Number: (215) 732-2736

E-mail: gkramer@gildakramer.com

Counsel of record for the following party or parties: Defendants, THE WATLEY GROUP, L.L.C., and

A. JOHN A. BRYAN, JR.

Other members of the same firm or agency also seeking to withdraw: _____

## SECTION II - NEW REPRESENTATION

☐ No new counsel is necessary. The party or parties represented by the attorney(s) seeking to withdraw will continue to be represented by another attorney/firm who has already entered an appearance as counsel of record for that party or parties in this case, and who is a member in good standing of the Bar of this Court.

☐ The party or parties represented by the attorney(s) seeking to withdraw have not retained new counsel and wish to proceed *pro se*, as self-represented litigants.

☒ The party or parties represented by the attorney(s) seeking to withdraw have retained the following new counsel, who is a member in good standing of the Bar of this Court:

Name: Michael R. Sohigian        CA Bar Number: 155448

Firm or agency: Law Office of Michael R. Sohigian

Address: 10940 Wilshire Boulevard, Eighteenth Floor, Los Angeles, California 90024

Telephone Number: (310) 914-2494        Fax Number: (310) 914-2484

E-mail: msohigian@mrslaw.net

## SECTION III - SIGNATURES

### Withdrawing Attorney

I am currently counsel of record in this case, and am identified above in Section I as the "Withdrawing Attorney." I have given notice as required by Local Rule 83-2.3. I hereby request that I and any other attorney(s) listed in Section I be allowed to withdraw from this case.

Date: December 3, 2014        Signature: /s/ Gilda L Kramer

Name: Gilda L. Kramer

### New Attorney (if applicable)

I have been retained to appear as counsel of record in this case, and my name and contact information are given above in Section II. I am a member in good standing of the Bar of this Court.

Date: December ___, 2014        Signature:

Name: Michael R. Sohigian

### Party Represented by Withdrawing Attorney

I am currently represented by, or am an authorized representative of a party currently represented by, the Withdrawing Attorney listed above. I consent to the withdrawal of my current counsel, and to (*check if applicable*):

☒ substitution of counsel as specified above.

☐ representing myself *pro se* in this case.

Date: December ___, 2014        Signature:

Name: A. John A. Bryan, Jr.

Title: Individually, and as CEO of The Watley Group, L.L.C.

## SECTION II - NEW REPRESENTATION

☐ No new counsel is necessary. The party or parties represented by the attorney(s) seeking to withdraw will continue to be represented by another attorney/firm who has already entered an appearance as counsel of record for that party or parties in this case, and who is a member in good standing of the Bar of this Court.

☐ The party or parties represented by the attorney(s) seeking to withdraw have not retained new counsel and wish to proceed *pro se*, as self-represented litigants.

☒ The party or parties represented by the attorney(s) seeking to withdraw have retained the following new counsel, who is a member in good standing of the Bar of this Court:

Name: Michael R. Sohigian   CA Bar Number: 155448

Firm or agency: Law Office of Michael R. Sohigian

Address: 10940 Wilshire Boulevard, Eighteenth Floor, Los Angeles, California 90024

Telephone Number: (310) 914-2494   Fax Number: (310) 914-2484

E-mail: msohigian@mrslaw.net

## SECTION III - SIGNATURES

### Withdrawing Attorney
I am currently counsel of record in this case, and am identified above in Section I as the "Withdrawing Attorney." I have given notice as required by Local Rule 83-2.3. I hereby request that I and any other attorney(s) listed in Section I be allowed to withdraw from this case.

Date: December 3, 2014   Signature: /s/ Gilda L. Kramer

Name: Gilda L. Kramer

### New Attorney (if applicable)
I have been retained to appear as counsel of record in this case, and my name and contact information are given above in Section II. I am a member in good standing of the Bar of this Court.

Date: December 3, 2014   Signature: /s/

Name: Michael R. Sohigian

### Party Represented by Withdrawing Attorney
I am currently represented by, or am an authorized representative of a party currently represented by, the Withdrawing Attorney listed above. I consent to the withdrawal of my current counsel, and to (*check if applicable*):

☒ substitution of counsel as specified above.

☐ representing myself *pro se* in this case.

Date: December ___, 2014   Signature: _____

Name: A. John A. Bryan, Jr.

Title: Individually, and as CEO of The Watley Group, L.L.C.

## SECTION II - NEW REPRESENTATION

☐ No new counsel is necessary. The party or parties represented by the attorney(s) seeking to withdraw will continue to be represented by another attorney/firm who has already entered an appearance as counsel of record for that party or parties in this case, and who is a member in good standing of the Bar of this Court.

☐ The party or parties represented by the attorney(s) seeking to withdraw have not retained new counsel and wish to proceed *pro se*, as self-represented litigants.

☒ The party or parties represented by the attorney(s) seeking to withdraw have retained the following new counsel, who is a member in good standing of the Bar of this Court:

Name: Michael R. Sohigian    CA Bar Number: 155448

Firm or agency: Law Office of Michael R. Sohigian

Address: 10940 Wilshire Boulevard, Eighteenth Floor, Los Angeles, California 90024

Telephone Number: (310) 914-2494    Fax Number: (310) 914-2484

E-mail: msohigian@mrslaw.net

## SECTION III - SIGNATURES

### Withdrawing Attorney

I am currently counsel of record in this case, and am identified above in Section I as the "Withdrawing Attorney." I have given notice as required by Local Rule 83-2.3. I hereby request that I and any other attorney(s) listed in Section I be allowed to withdraw from this case.

Date: December ___, 2014    Signature: _____

Name: Gilda L. Kramer

### New Attorney (if applicable)

I have been retained to appear as counsel of record in this case, and my name and contact information are given above in Section II. I am a member in good standing of the Bar of this Court.

Date: December ___, 2014    Signature: _____

Name: Michael R. Sohigian

### Party Represented by Withdrawing Attorney

I am currently represented by, or am an authorized representative of a party currently represented by, the Withdrawing Attorney listed above. I consent to the withdrawal of my current counsel, and to (*check if applicable*):

☒ substitution of counsel as specified above.

☐ representing myself *pro se* in this case.

Date: December ___, 2014    Signature: [signature]

Name: A. John A. Bryan, Jr.

Title: Individually, and as CEO of The Watley Group, L.L.C.

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 10940 Wilshire Boulevard, Eighteenth Floor, Los Angeles, California 90024.

On December 3, 2014, I served the foregoing document(s) described as REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL; ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL on the interested parties in this action, as follows:

Gary L. Mason, Esq.
Klafter & Mason, L.L.C.
Manalapan Corporate Plaza
195 Route 9 South, Suite 204
Manalapan, New Jersey 07726
(732) 358-2029
glm@kmrslaw.com

[X] BY ELECTRONIC FILING I served each of the above-described documents by E-filing, in accordance with the rules governing electronic filing of documents in the United States District Court, Central District of California, as to the interested party(ies) referred to above.

[ ] BY MAIL

[ ] I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

[ ] I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on December 3, 2014, at Los Angeles, California.

[ ] (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.

Executed on December 3, 2014, at Los Angeles, California.

[ ] (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[x] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Michael R. Sohigian