| | |
|---|---|
| 1 | LAW OFFICE OF MICHAEL R. SOHIGIAN |
| | Michael R. Sohigian (State Bar No. 155448) |
| 2 | 10940 Wilshire Boulevard, Eighteenth Floor |
| | Los Angeles, California 90024 |
| 3 | Telephone: (310) 914-2494 |
| | Telecopier: (310) 914-2484 |
| 4 | msohigian@mrslaw.net |
| 5 | Attorneys for Defendants, THE WATLEY GROUP, L.L.C., and A. JOHN A. BRYAN, JR. |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALLIANCE CAPITAL CORP., | ) | CASE NO.: 2:14-cv-08962-CAS (AGRx) |
| Plaintiff, | ) | **NOTICE OF ERRATA** |
| vs. | ) | |
| THE WATLEY GROUP, L.L.C.; A. JOHN A. BRYAN, JR., | ) | |
| Defendants. | ) | |

Defendants, THE WATLEY GROUP, L.L.C., and A. JOHN A. BRYAN, JR., file this Notice of Errata, withdrawing the Request for Approval of Substitution or Withdrawal of Counsel, which was electronically filed using the wrong category of event.

Dated: December 3, 2014    LAW OFFICE OF MICHAEL R. SOHIGIAN

By:_____
Michael R. Sohigian
Attorneys for Defendants, THE WATLEY GROUP, L.L.C., and A. JOHN A. BRYAN, JR.

O:\82100\1401\pleading\not errata(req approval sub atty).pld.wpd

-1–
**NOTICE OF ERRATA**

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

     I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 10940 Wilshire Boulevard, Eighteenth Floor, Los Angeles, California 90024.

     On December 3, 2014, I served the foregoing document(s) described as NOTICE OF ERRATA on the interested parties in this action, as follows:

| | |
|---|---|
| Gary L. Mason, Esq. | Gilda L. Kramer, Esq. |
| Klafter & Mason, L.L.C. | Gilda L. Kramer & Associates, LLC |
| Manalapan Corporate Plaza | 1528 Walnut Street |
| 195 Route 9 South | Suite 501 |
| Suite 204 | Philadelphia, Pennsylvania 19102 |
| Manalapan, New Jersey 07726 | (215) 732-2736 |
| (732) 358-2029 | gkramer@gildakramer.com |
| glm@kmrslaw.com | |

[X]    BY ELECTRONIC FILING I served each of the above-described documents by E-filing, in accordance with the rules governing electronic filing of documents in the United States District Court, Central District of California, as to the interested party(ies) referred to above.

[ ]    BY MAIL

    [ ] I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

    [ ] I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    Executed on December 3, 2014, at Los Angeles, California.

[ ]    (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.

    Executed on December 3, 2014, at Los Angeles, California.

[ ] (State)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[x] (Federal)    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

                                                     _____
                                                   Michael R. Sohigian