NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Michael R. Sohigian (155448)
LAW OFFICE OF MICHAEL R. SOHIGIAN
10940 Wilshire Boulevard
Eighteenth Floor
Los Angeles, California 90024
Telephone: (310) 914-2494
Telecopier: (310) 914-2484

ATTORNEY(S) FOR: Defendants

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ALLIANCE CAPITAL CORP.,

Plaintiff(s),

v.

THE WATLEY GROUP, L.L.C.; A. JOHN A. BRYAN, JR.,THE WATLEY GROUP, L.L.C.; A. JOHN A. BRYAN, JR.,

Defendant(s).

CASE NUMBER:

2:14-cv-08962-CAS (AGRx)

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for     Defendants, The Watley Group, L.L.C., and A. John A. Bryan, Jr.,
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| THE WATLEY GROUP, L.L.C. | Defendant |
| A. JOHN A. BRYAN, JR. | Defendant |
| ALLIANCE CAPITAL CORP. | Plaintiff |
| RONALD J. GOLDBERG | President of Plaintiff, ALLIANCE CAPITAL CORP. |

December 11, 2014
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Defendants, The Watley Group, L.L.C., and A. John A. Bryan, Jr.

CV-30 (05/13)                NOTICE OF INTERESTED PARTIES

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is: 10940 Wilshire Boulevard, Eighteenth Floor, Los Angeles, California 90024.

On December 11, 2014, I served the foregoing document(s) described as CERTIFICATION AND NOTICE OF INTERESTED PARTIES on the interested parties in this action, as follows:

Gary L. Mason, Esq.
Klafter & Mason, L.L.C.
Manalapan Corporate Plaza
195 Route 9 South, Suite 204
Manalapan, New Jersey 07726
(732) 358-2029
glm@kmrslaw.com

[X]     BY ELECTRONIC FILING I served each of the above-described documents by E-filing, in accordance with the rules governing electronic filing of documents in the United States District Court, Central District of California, as to the interested party(ies) referred to above.

[ ]     BY MAIL

[ ] I deposited such envelope in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.

[ ] I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on December 11, 2014, at Los Angeles, California.

[ ]     (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.

Executed on December 11, 2014, at Los Angeles, California.

[ ] (State)      I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[x] (Federal)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Michael R. Sohigian